438 A.2d 647

Raw, et al, Appellants v. Lehnert, et al.

586

Argued November 11, 1980. William J. Krzton, for appellants; Jay H. Feldstein, for appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.